Opinion filed December 29, 1931.

Sydney Wolfe, for appellant: Leo Spira, of counsel. Reginald C. Darley, for appellees; Oscar G. Wahlgren, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Dorothy Koch, appellee, v. Edward L. Rich et al., defendants, on appeal of Herbert F. Grobe, appellant. Gen. No. 35,649.

Opinion filed December 29, 1931.

Nathan Shefner, for appellant. George D. Kimball, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

North American Trust Company v. Harrison Parker et al. Samuel Frank, receiver, appellee, v. Illinois Valley Trust Company, appellant. Gen. No. 35,613.

Opinion filed January 4, 1932.

Gilbert F. Wagner, for appellant. Fitzgerald, Hughes & Farley, Richard S. Folsom, Charles J. Monahan, George F. Ort and J. V. De-Laney, for appellee. Irving Breakstone, for receiver.

Mr. Justice Matchett delivered the opinion of the court.

Walter Snopek, appellee, v. Chicago, Milwaukee, St. Paul & Pacific Railroad Company, appellant. Gen. No. 34,923.

Opinion filed January 20, 1932. Rehearing denied February 1, 1932.

M. L. Bluhm and C. L. Taylor, for appellant; C. S. Jefferson, of counsel. Royal W. Irwin, for appellee.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Number Five Witch Kitch Inn Eat-Her-Ye, complainant, v. Gabrielle S. Bognar et al., defendants.

Gabrielle S. Bognar, appellee, v. Illinois Witch Kitch Inn Corporation et al., cross defendants, on appeal of Ernest Reich, appellant. Gen. No. 34,936.

Opinion filed January 20, 1932.

Ralph O. Butz, for appellant. Irving R. Senn, for appellee; Irving R. Senn and Saul H. Weinberg, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.